AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED
*August 29, 2023*

Nathan Ochsner, Clerk of Court

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

Information Associated with the celluar device assigned call number 346-574-5479 that is stored at premises controlled by T-Mobile US INC

Case No. **4:23-mj-1763**

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
Information Associated with the celluar device assigned call number 346-574-5479 that is stored at premises controlled by T-Mobile US INC

located in the _____ District of New Jersey, there is now concealed *(identify the person or describe the property to be seized)*:
Firearms, Ammunition, any parts to make.manufacture firearms, records relating to acquisiton/ disposition of firearms, Christmas wrapping paper with Santa designs

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☑ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| -18 U.S.C Section 1951 | -Hobbs Act Robbery |
| - 18 U.S.C Section 924 (c) | - Brandishing a firearm during a federal crime of violence |

The application is based on these facts:
See affadavit

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Andrew Thompson, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: August 29, 2023

_____
*Judge's signature*

City and state: Houston, Texas

Honorable Andrew Edison, US Magistrate
*Printed name and title*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH THE CELLULAR DEVICE ASSIGNED CALL NUMBER 346-574-5479 THAT IS STORED AT PREMISES CONTROLLED BY T-MOBILE US INC.

Case No. **4:23-mj-1763**

### AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A SEARCH WARRANT

I, Andrew J. Thompson, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of an application for a search warrant for information associated with a certain cellular telephone assigned call number 346-574-5479, ("the SUBJECT PHONE"), that is stored at premises controlled by T-Mobile US Inc., a wireless telephone service provider headquartered at 4 Sylvan Way, Parsippany, NJ 07054. The information to be searched is described in the following paragraphs and in Attachment A. This affidavit is made in support of an application for a search warrant under 18 U.S.C. § 2703(c)(1)(A) to require T-Mobile US Inc. to disclose to the government copies of the information further described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review the information to locate items described in Section II of Attachment B.

2. I am a Special Agent (SA) employed by the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), United States Department of Justice, and I have been so employed since October 2021. I am a graduate of the Federal Law Enforcement Training Center,


Criminal Investigator Training Program in Glynco, Georgia. I also graduated from the Bureau of Alcohol, Tobacco, Firearms and Explosives Special Agent Basic Training Course in Glynco, Georgia as well as a graduate of the Houston Police Academy in Houston, Texas. I was employed by the Houston Police Department for five years. While at the Houston Police Department, I was assigned to a divisional gang unit as well as being a homicide detective. I am a graduate of Texas State University with a bachelor's degree in criminal justice. Prior to college I spent four years in the United States Marine Corps where I served as an infantry mortarman.

3. As an ATF Special Agent, I am assigned to Houston Crime Gun Strike Force where I investigate a variety of Federal criminal statues; specifically involving unlawful possession of firearms by prohibited persons, armed robberies of commercial business and vehicle carjackings. I have participated in various types of investigative techniques, including electronic surveillance; undercover agents and informants; and controlled purchases of firearms from suspects. I have participated in physical surveillance operations and have participated in the execution of state and federal arrest warrants and search warrants.

4. As a result of my training and experience, I have gained knowledge in the utility of undercover agents, confidential informants, physical surveillance, electronic surveillance, Title III wiretaps, consensual recording, investigative interviews, search warrants of social media accounts, mail covers, garbage searches, GPS tracking devices, pole-mounted cameras, the service of Grand Jury subpoenas, courtroom testimony, and the execution of Federal and State search and arrest warrants.

5. During my law enforcement career, I have investigated criminal matters relating to commercial business robberies. Through these investigations as well as my previous training, I have become familiar with the patterns of activity regarding robbery and burglary suspects and

the methods they employ to plan, coordinate, and conduct criminal activity. Consequently, I am familiar with the ways in which suspects utilize cellular telephones to coordinate these activities. Suspects often communicate using both voice calls and message applications prior to, during, and after the execution of a robbery. This allows them to communicate and coordinate the surveillance and execution of the robbery. Suspects will take photographs of the locations and then send those photographs to other suspects involved. Suspects often take photographs of the stolen currency or property and then communicate with a fence to sell the stolen property.

6. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

7. Based on the facts set forth in this affidavit, there is probable cause to believe that violations of Title 18 U.S.C. § 1951   Hobbs Act Robbery; Title 18 U.S.C. § 924(c) Brandishing a Firearm During a Federal Crime of Violence; have been committed, are being committed, and will be committed by Benjamin HERNANDEZ and/or unknown persons. There is also probable cause to search the information described in Attachment A for evidence, instrumentalities, contraband, or fruits of these crimes as further described in Attachment B.

## PROBABLE CAUSE

8. On July 06, 2023 the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) opened an investigation in a series of commercial robberies within and around the Harris County, Texas area.

3

9. Affiant reviewed Harris County Sheriff's Office (HCSO) incident report 2306-00859, which was written by HCSO Deputy Davila, a certified peace officer in the State of Texas and a credible and reliable person employed with HCSO. Deputy Davila reported that on June 07, 2023, he responded to an aggravated robbery call at 1950 Louetta Road (Spring, Harris County, Texas) which was "It's Lit" smoke shop. Upon arrival, he spoke with complainant Johnathan Rios Garcia who stated that a just a few minutes before, a Hispanic male and what appeared to be a black male wearing hoodies rushed into the store and jumped over the counter and robbed him. Both males pushed the victim down, threatened him with the weapons and then pushed him to the backroom. Both males took the money from the register and cash that was in the back office. During the struggle with the victim, several items were destroyed. The victim was not injured. The two then ran out the front door and fled. Deputy Davila stated he observed the surveillance video and observed the following: a bright blue SUV, possibly a Murano. It came from the direction of Louetta Road, sat by the gas pumps located in front of the stores, reversed, and parked to the right of the front door. The witness: Lance Andrews can be seen sitting by the restaurant almost directly behind the SUV. Two males ran out of the vehicle and ran into the store. The Hispanic male was wearing a gray hoodie and jeans with light colored tennis shoes. He had light skin colored and very curly hair. The male was approximately 5`6" to 5`8" with thin built. His face was partially covered with a mask. He was carrying a shot gun and was wearing one glove. The black male was wearing a dark hoodie and dark pants with light colored tennis shoes. He had darker complexion and appeared to have a short afro. His face was also partially covered with a mask, and he too wore one glove. The black male had a handgun. After completing the

robbery, the two males ran out the door, got into the vehicle and drove away westbound on Louetta Road.

10. Deputy Investigator C. Atkinson (Unit 60V37), a certified peace officer in the State of Texas and a credible and reliable person employed with Harris County Sheriff's Office, also made the scene. Deputy C. Atkinson also reviewed the surveillance video and observed that suspects were not wearing gloves as they jumped across the front counter. Deputy C. Atkinson was able to lift 5 possible prints from the location. Deputy C. Atkinson collected the evidence and submitted the prints for processing.

11. Affiant read the supplement, which was written by Michael Wilson, a certified peace officer in the State of Texas and a credible and reliable person employed by the Harris County Sheriff's Office. Michael Wilson is currently assigned to the Crime Laboratory/ Crime Scene Investigations (Friction Ridge Section). Michael Wilson stated that on July 3, 2023, he received an HCSO Latent Submission Envelope (Case# 2306-00859) from HCSO Deputy C. Atkinson, Unit# 60V37. The latent envelope contained five (5) latent lift cards bearing latent impressions. Examinations Conducted: The latent lift cards were examined visually for the presence of latent prints. A total of four suitable latent prints of value were found and marked L1- L4. Note: Latent prints labeled L3 and L4 were duplicate images. AFIS Search: Latent prints labeled L1 - L3 were searched through the Harris County Sheriff's Office Automated Fingerprint Identification System (AFIS) database. As a result of the search, the latent print was compared to the database palm print record bearing the name:

5

- Benjamin Hernandez, White, Male, Date of birth 03/24/04, HCSO# 2108749

12.     Results: Latent print labeled L2 recovered from "Front glass Counter by register" was identified as Hernandez's left upper palm, (interdigital). No other prints were identified to Hernandez.

13.     Affiant spoke with Deputy C. Atkinson, who stated he was assigned numerous Aggravated Robbery cases involving 2-4 Hispanic males that were targeting smoke shops and 7/11 convenience stores. All robberies have similar MO. Deputy Atkinson provided Affiant with the following list:

- **HCSO report #2307-00060-** reflects that on July 1, 2023, the Vape City located at 10255 North Freeway was robbed by two Hispanic males. The suspects entered the business yielding an Assault rifle and a handgun as they attempted to restrain the complainant at the location. The complainant was able to observe the suspects enter the business and fled out of the rear of the location. I reviewed the interior and exterior surveillance from the location and identified the suspect's vehicle was a white in color, two door, older model pickup truck. The pickup truck was possibly an older Chevrolet extended cab. The suspect's demeanor and physical stature appeared to be identical to the suspects who committed the Car Jacking at Home Depot and the Aggravated Robbery at the It's Lit Smoke Shop.

- **HCSO report #2307-00738-** reflects that on July 1, 2023, at approximately 2330 hrs, the Vape City located at 5950 W FM 1960, was robbed by four Hispanic male suspects. Two of the suspects entered the Vape City exhibiting a handgun as well as an assault rifle. The two male suspects were found to be the same suspects who

6

committed the previous listed Aggravated Robberies. The thinner suspect was holding the Assault rifle and had a distinct walk/run as he maneuvered throughout the store. The heavier male suspect approached the complainant and forced him and a customer to the ground while the other three suspects began breaking the glass display shelves and take several miscellaneous vaping products. The suspects stole money from the front register and the back office. The complainant was pistol whipped and sustained injuries which forced him to be transported to the hospital for further medical treatment.

- **Harris County Pct. 4 report #2307-02696-** reflects that on July 22, 2023, at approximately 0330 hrs., 3(three) Hispanic male suspects entered the 7 Eleven gas station located at 1641 Louetta Rd. The suspects were armed with rifles and handguns as they attempted to gain access to the safe. The suspects began stealing several tobacco products and exited the store with two cash register tills. The suspects entered a black Dodge Ram and fled from the location. I learned Houston Police located a black Dodge Ram abandoned inside a neighborhood park located at 222 Raymac Dr. A TCIC/NCIC search of the Dodge Ram`s license plate (RDF4985), revealed the vehicle was taken in a car-jacking an hour before the suspects committed the Aggravated Robbery at the 7 Eleven. The location of the carjacking was 8349 Veterans Memorial Dr in Houston, Harris County, Tx. The Dodge Ram was found with a cash register`s till in the interior of the vehicle.

- **Harris County Sheriff`s Office report #2307-08867-** reflects that on July 24, 2023, at approximately 0350 hrs, 2(two) Hispanic male suspects entered the 7 Eleven located at 1010 W Mount Houston in Houston Harris County, Texas. The

suspects were armed with an assault rifle and a handgun as they approached the cashier/complainant and forced her to open the register. The suspects also demanded access to the safe. The suspects robbed the business of several tobacco products and currency before fleeing the location inside an Orange/reddish colored Nissan sedan. The vehicle had heavy damage to front end.

- **Harris County Sheriff's Office report #2307-08868-** reflects that on July 24, 2023, at approximately 0410 hrs, two Hispanic male suspects entered the Timewise located at 702 W FM 1960 in Houston Harris County, Texas. The suspects were armed with an assault rifle and handguns as they robbed the business for currency and tobacco products. The suspects were observed fleeing the location inside an orange/reddish Nissan sedan.

14. Deputy C. Atkinson informed the affiant that he learned that Luis Abrego (Hispanic male, DOB 10-12-1999, SPN 03057316 ) is a known associate of Benjamin Hernandez. Deputy C. Atkinson stated that he utilized Verus which is a credible law enforcement database that allows peace officers to listen and monitor jail calls made by inmates from inside of the Harris County Jail. Deputy C. Atkins informed Affiant that on 08-05-23 inmate Luis Abrego made a phone call to phone number 346-574-5479. Affiant listened to the jail phone called and at the 3 minute and 27 second mark, inmate Luis Abrego states "Ben Ben Ben, I don't know how long I'm gonna be in this, I'm gonna be out soon and when I get out of this you already know were gonna run it up". The receiver (Ben) states "That's what we've been doing".

8

15. On 08-08-23 at 1235 hours ATF TFO Omar Garcia-Chavez a credible and reliable person called 346-574-5479 and a male answered. TFO Garcia-Chavez stated, "Is this Benjamin Hernandez", the male stated, "Yeah this is him, who is this". TFO Garcia-Chavez stated, "this is Oscar, are you looking for a job?". Benjamin stated, "yes sir, I work for a moving company, but they are very inconsistent with giving me work". TFO Garcia-Chavez thanked Benjamin Hernandez for his time and terminated the phone call.

16. TFO Garcia-Chavez contacted Detective T. Ortiz a peace officer with the Houston Police Departments' Criminal Intelligence Division. Detective Ortiz conducted an inquiry of the number through he Number Probability Administration Center (NPAC). Det. Ortiz verified that the number 346-574-5479 was serviced by T-Mobile.

17. In my training and experience, I have learned that T-Mobile US, Inc. is a company that provides cellular telephone access to the general public. I also know that providers of cellular telephone service have technical capabilities that allow them to collect and generate information about the locations of the cellular telephones to which they provide service, including cell-site data, also known as "tower/face information" or "cell tower/sector records." Cell-site data identifies the "cell towers" (i.e., antenna towers covering specific geographic areas) that received a radio signal from the cellular telephone and, in some cases, the "sector" (i.e., faces of the towers) to which the telephone connected. These towers are often a half-mile or more apart, even in urban areas, and can be 10 or more miles apart in rural areas. Furthermore, the tower closest to a wireless device does not necessarily serve every call made to or from that device. Accordingly, cell-site data provides an approximate location of the cellular telephone but

9

is typically less precise than other types of location information, such as E-911 Phase II data or Global Positioning Device ("GPS") data.

18. Based on my training and experience, I know that T-Mobile US, Inc. can collect cell-site data about the SUBJECT PHONE. I also know that wireless providers such as T-Mobile US, Inc. typically collect and retain cell-site data pertaining to cellular phones to which they provide service in their normal course of business in order to use this information for various business-related purposes.

19. Based on my training and experience, I know that wireless providers such as T-Mobile US, Inc. typically collect and retain information about their subscribers in their normal course of business. This information can include basic personal information about the subscriber, such as name and address, and the method(s) of payment (such as credit card account number) provided by the subscriber to pay for wireless telephone service. I also know that wireless providers such as T-Mobile US, Inc. typically collect and retain information about their subscribers' use of the wireless service, such as records about calls or other communications sent or received by a particular phone and other transactional records, in their normal course of business. In my training and experience, this information may constitute evidence of the crimes under investigation because the information can be used to identify the SUBJECT PHONE's user or users and may assist in the identification of co-conspirators and/or victims.

## AUTHORIZATION REQUEST

20. Based on the foregoing, I request that the Court issue the proposed search warrant, pursuant to 18 U.S.C. § 2703(c) and Federal Rule of Criminal Procedure 41.

21. I further request that the Court direct T-Mobile US, Inc. to disclose to the government any information described in Section I of Attachment B that is within its possession, custody, or control. Because the warrant will be served on T-Mobile US, Inc., who will then compile the requested records at a time convenient to it, reasonable cause exists to permit the execution of the requested warrant at any time in the day or night.

Respectfully submitted,

Andrew Thompson
Special Agent
ATF

Subscribed and sworn to before me via telephone on August 29, 2023 and I find probable cause.

---------------------------------------------------------------
Honorable Andrew Edison
UNITED STATES MAGISTRATE JUDGE

11

## ATTACHMENT A

### Property to Be Searched

This warrant applies to records and information associated with the cellular telephone assigned call number 346-574-5479 ("the Account"), that are stored at premises controlled by T-Mobile US Inc. ("the Provider"), headquartered at 4 Sylvan Way, Parsippany, NJ 07054.

## ATTACHMENT B

### Particular Things to be Seized

**I. Information to be Disclosed by the Provider**

To the extent that the information described in Attachment A is within the possession, custody, or control of the Provider, including any information that has been deleted but is still available to the Provider or that has been preserved pursuant to a request made under 18 U.S.C. § 2703(f), the Provider is required to disclose to the government the following information pertaining to the Account listed in Attachment A for the time period June 1, 2023 to August 23, 2023:

   a. The following information about the customers or subscribers of the Account:

      i. Names (including subscriber names, user names, and screen names);

      ii. Addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses);

      iii. Local and long-distance telephone connection records;

      iv. Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ("IP") addresses) associated with those sessions;

      v. Length of service (including start date) and types of service utilized;

      vi. Telephone or instrument numbers (including MAC addresses, Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Equipment Identifier ("MEID"); Mobile Identification Number ("MIN"), Subscriber Identity Modules ("SIM"), Mobile Subscriber Integrated Services Digital Network Number ("MSISDN"); International Mobile Subscriber Identity Identifiers ("IMSI"), or International Mobile Equipment Identities ("IMEI");

      vii. Other subscriber numbers or identities (including the registration Internet Protocol ("IP") address); and